**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| DAVID C. LETTIERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-00733-PLC |
| | ) | |
| FEDERAL MEDICAL CENTER et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

David C. Lettieri, a self-represented federal prisoner, alleges violations of his constitutional rights arising from the handling of his legal mail and retaliatory threats by prison staff. [ECF No. 1]. He seeks leave to pursue this action *in forma pauperis*. [ECF Nos. 2, 4]. Because Lettieri has accrued three strikes under the Prison Litigation Reform Act (PLRA), the Court denies the requests and orders him to pay the full $405 filing fee.

The PLRA is designed to "filter out the bad [prisoner] claims and facilitate consideration of the good." *Jones v. Bock*, 549 U.S. 199, 204 (2007). One mechanism for doing so is the three-strikes provision of 28 U.S.C. § 1915(g). *Orr v. Clements*, 688 F.3d 463, 464 (8th Cir. 2012). Section 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Lettieri has filed numerous cases in federal courts across the country. Several courts, including this Court, have dismissed his previous lawsuits under § 1915(g). *See, e.g., Lettieri v. Daniels*, No. 1:23-cv-00867 (W.D.N.Y. Oct. 16, 2023); *Lettieri v. Federal Marshals*, No. 4:23-cv-02202 (N.D. Ohio Nov. 30, 2023); *Lettieri v. T-Mobile*, No. 2:24-cv-00028 (W.D. Wash. Apr. 18, 2024); *Lettieri v. Centric Store*, No. 4:24-cv-00606 (E.D. Mo. Apr. 29, 2024). The Court takes judicial notice of these records. *See Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (stating that courts "may take judicial notice of judicial opinions and public records").

In September 2023, the United States District Court for the Western District of New York found that Lettieri had "engaged in a pattern of abuse of the judicial process." *See In re: David C. Lettieri*, No. 1:23-mc-00032 (W.D.N.Y. Sept. 5, 2023). That court now prohibits Lettieri from filing "any new motions, papers, or documents of any kind—except notices of appeal or papers the Court instructs him to file—in all pending and closed cases . . . for a period of one year." *Id.*

Because Lettieri has accumulated three strikes under § 1915(g), the Court cannot grant him leave to proceed *in forma pauperis* in this matter unless he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Lettieri does not assert that he is under imminent danger of serious physical injury. Therefore, the Court denies his motions to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that Lettieri's motions for leave to proceed *in forma pauperis* [ECF Nos. 2, 4] are **DENIED**.

**IT IS FURTHER ORDERED** that Lettieri shall pay the $405 filing fee within thirty (30) days of the date of this order.

Lettieri's failure to do so will result in the dismissal of this action without prejudice and without further notice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of March, 2026